IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01840-WDM-CBS

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT J. NELSON,

Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that Plaintiff's Motion to Strike Attachment 2 to Complaint (*doc. no. 3) is* **GRANTED**. Attachment Number 2 to Plaintiff's Complaint (*doc. no. )* is STRICKEN from the record.

**DATED:** October 24, 2006